# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA BLANCO, | CV-11-8435-RSWL (JEMx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: PROPER REMOVAL** |
| PACTIVE CORPORATION; UNITED FOOD AND COMMERCIAL WORKERS' UNION, LOCAL 1167; ANNA REILLY, an individual; and Does 1-100, | |
| Defendants. | |

The Court is in receipt of Defendant Local 1167's Notice of Removal. In a case with multiple defendants, all defendants must join in a removal petition with the exception of nominal parties. <u>Hewitt v. City of Stanton</u>, 798 F.2d 1230, 1232 (9th Cir. 1986); <u>see also</u> 28 U.S.C. § 1446. Defendant Local 1167 has failed to join or show cause as to why Defendant Anna Reilly need not be joined.

Accordingly, the Court hereby orders Defendant Local 1167 to show cause within 10 days as to why

///
///

1

Defendant Anna Reilly's joinder or consent is excused pursuant to 28 U.S.C. § 1446.

DATED: October 28, 2011
**IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge