JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA BLANCO, in individual,<br><br>Plaintiff,<br><br>v.<br><br>PACTIV CORPORATION; UNITED FOOD AND COMMERCIAL WORKERS' UNION, LOCAL 1167; ANNA REILLY an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 11-8435 RSWL(JEMx)<br><br>[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed: September 13, 2011 |

Pursuant to the stipulation of all parties to this action ("Docket No.14"), this Court orders that the above-captioned action be and hereby is dismissed with prejudice as to all parties and as to all causes of action. Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(II).

IT IS SO ORDERED.

Dated: 12-21-12

RONALD S.W. LEW
Hon. Ronald S.W. Lew
Senior, U.S. District Court Judge

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Order of Dismissal of Entire Action With Prejudice     2     Case No. CV 11-8435 RSWL(JEMx)